**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6658**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

WAINSWORTH MARCELLUS HALL, a/k/a Unique,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:93-cr-00162-RAJ-1)

Submitted:  March 27, 2017                                         Decided:  March 30, 2017

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nicholas David Renninger, KOZAK, DAVIS, RENNINGER & BELOTE, P.C., Portsmouth, Virginia, for Appellant. Dana J. Boente, United States Attorney, Randy C. Stoker, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wainsworth Marcellus Hall appeals the district court's order denying his motions to reconsider the district court's denial of his 18 U.S.C. § 3582(c)(2) (2012) motion. The district court lacked jurisdiction to grant Hall's motions for reconsideration, *see United States v. Goodwyn*, 596 F.3d 233, 235-36 (4th Cir. 2010), and therefore we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
